## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RUSH WATSON, II, and GERETTA WATSON<br><br>Plaintiffs,<br><br>vs.<br><br>HOMECOMINGS FINANCIAL, LLC<br><br>Defendant. | <u>CLASS ACTION</u><br>Case No. 0:09-CV-00859 DWF-JJG<br><br>**DECLARATION OF ANAND S. RAMAN IN SUPPORT OF DEFENDANT HOMECOMINGS FINANCIAL, LLC'S MOTION TO DISMISS, STAY OR TRANSFER** |

ANAND S. RAMAN declares as follows:

1. Attached as Exhibit 1 is a true and accurate copy of the original Complaint filed in the matter of *Guerra v. GMAC LLC*, No. 2:08-CV-1297-LDD (E.D. Pa.).

2. Attached as Exhibit 2 is a true and accurate copy of the First Amended Complaint filed in the matter of *Guerra v. GMAC LLC*, No. 2:08-CV-1297-LDD (E.D. Pa.).

3. Attached as Exhibit 3 is a true and accurate copy of the original Complaint filed in the matter of *Gonzales v. JPMorgan Chase & Co.*, No. CV-08-02140 (ABC) (SHx) (C.D. Cal.).

4. Attached as Exhibit 4 is a true and accurate copy of the First Amended Complaint filed in the matter of *Gonzales v. JPMorgan Chase & Co.*, No. CV-08-02140 (ABC) (SHx) (C.D. Cal.).

5. Attached as Exhibit 5 is a true and accurate copy of the original Complaint filed in the matter of *Ramirez v. Greenpoint Mortgage Funding, Inc.*, No. 3:08-cv-00369-TEH (N.D. Cal.).

2

      6.      Attached as Exhibit 6 is a true and accurate copy of the First Amended Complaint filed in the matter of *Ramirez v. Greenpoint Mortgage Funding, Inc.*, No. 3:08-cv-00369-TEH (N.D. Cal.).

      7.      Attached as Exhibit 7 is a true and accurate copy of the docket sheet obtained on June 12, 2009, from the PACER United States Party/Case Index in the matter of *Guerra v. GMAC LLC,* No. 2:08-CV-1297-LDD (E.D. Pa.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2009
Washington, D.C.

                                               /s/ Anand S. Raman
                                               Anand S. Raman