**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Rush Watson, II, and Geretta Watson, | Civil No. 09-859 (DWF/JJG) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Homecomings Financial, LLC, | |
| Defendant. | |

---

David M. Cialkowski, Esq., and Hart L. Robinovitch, Esq., Zimmerman Reed, PLLP; Earl P. Underwood, Jr., Esq., Law Offices of Earl P. Underwood, Jr.; and George R. Irvine, III, Esq., Stone, Granade & Crosby, PC, counsel for Plaintiffs.

Anand S. Raman, Esq., Skadden Arps Slate Meagher & Flom LLP; and Michael J. Steinlage, Esq., Larson King, LLP, counsel for Defendant.

---

This matter is before the Court upon the parties' Stipulation for Dismissal with Prejudice (Doc. No. [32]),

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** in its entirety against all parties **WITH PREJUDICE**, with all parties to bear their own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 31, 2010            s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge